

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Michael **TATSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

BEFORE THE EN BANC COURT

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED. We REMAND this case for further proceedings. We ORDER that the parties shall bear their own costs for this appeal.

SIGNED December 23, 2020.

Luz Elena D. Chapa, Justice